IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| E-WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. SA-12-CA-492-FB |
| | ) |
| MOBOTIX CORP., | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of the United States Magistrate Judge (docket no. 26).  No objections to the Report and Recommendation have been filed.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review.  See 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").  The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law.  United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir.), cert. denied, 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (docket no. 26) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that defendant Mobotix Corp.'s Motion for Immediate Stay Pending *Inter Partes* Review at the U.S. Patent and Trademark Office (docket no. 22) is GRANTED in PART and DENIED in PART such that:

* \*  to the extent Mobotix's request for an immediate stay is a request that the Scheduling Order (docket no. 20) be suspended or vacated immediately such that Mobotix is not required to make its disclosure of invalidity contentions and documents by June 14,

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his written objections within ten days after being served with a copy of the findings and recommendation.  28 U.S.C. § 635(b)(1).  Service upon a party may be made by mailing a copy to the party's last known address or by electronic means.  Fed. R. Civ. P. 5(b)(B), (D).  Service by mail is complete upon mailing.  Service by electronic means is complete upon transmission.  Id.

2013, subject to any further Order of the Court, it is ORDERED that Mobotix's request for a stay is **DENIED**;

\*      to the extent Mobotix's request for an immediate stay is a request that Mobotix be excused from responding to e-Watch's interrogatories and requests for production of documents served on May 13, 2013, subject to any further Order of the Court, it is ORDERED that Mobotix's request for a stay is **GRANTED**;

\*      in all other respects, Mobotix's request for a stay is **PROVISIONALLY GRANTED** pending further Order of the Court; that is, specifically, after Mobotix serves its invalidity disclosures on or before June 14, 2013, as required by the Scheduling Order and the foregoing Order in this Order Accepting the Report and Recommendation of the United States Magistrate Judge, all other unexpired deadlines in the Scheduling Order are **SUSPENDED** pending further Order of the Court; if Mobotix has not filed petitions for *inter partes* review for each of the patents-in-suit by Friday, June 7, 2013, the parties must so advise the Court no later than **Friday, June 21, 2013**, in joint or separate advisories that provide the parties' position(s) on whether, and to what extent, the provisional stay should be lifted due to Mobotix's decision not to pursue *inter partes* review of any patent-in-suit as represented in its motion for stay; otherwise, if no advisories are filed on or before Friday, June 21, 2013, this case will be immediately **stayed and administratively closed,** nunc pro tunc as of June 14, 2013, pending further Order of the Court; the parties must file joint or separate advisories within **thirty (30) calendar days** of the conclusion of the *inter partes* review of each patent-in-suit providing the Court notice of the conclusion of the proceedings, the parties' position(s) on whether an appeal of the *inter partes* review decision will be pursued, an estimate on the time required for any appellate proceedings, and any other relevant matters (to include a brief report on the status of any other *inter partes* review proceeding then pending before the PTAB or on appeal); unless and until the Court Orders otherwise, the stay of this case will continue through the conclusion of any appellate proceedings regarding any patent-in-suit.

IT IS FURTHER ORDERED that this case remains referred to the Magistrate Judge for further proceedings.

It is so ORDERED.

SIGNED this 14th day of June, 2013.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE