IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| e-WATCH, INC., | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:12-CV-492-FB-PMA |
| MOBOTIX CORP, | § § | JURY DEMANDED |
| Defendant. | § § § | |

## NOTICE OF FILING OF *INTER PARTES* REVIEW PETITIONS IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Defendant Mobotix Corp ("Mobotix") respectfully notices the Court that Petitions for *Inter Partes* Review have been filed for each of the four Patents-in-Suit. Information for each proceeding is provided as follows:

| Patent No. | *Inter Partes* Review Case Number | *Inter Partes* Review Filing Date |
| --- | --- | --- |
| 6,970,183 | IPR2013-00255 | April 26, 2013 |
| 7,023,913 | IPR2013-00337 | June 7, 2013 |
| 7,228,429 | IPR2013-00335 | June 7, 2013 |
| 7,733,371 | IPR2013-00334 | June 7, 2013 |

Dated: June 20, 2013

Respectfully submitted,

*/s/ William Nash/*

**STEVEN H. SLATER**
STATE BAR NO. 00784985
**NATALIE SWIDER**
STATE BAR NO. 24063211
**SLATER & MATSIL, L.L.P.**
17950 Preston Road, Suite 1000
Dallas, Texas 75252
972.732.1001 (telephone)
972.732.9218 (facsimile)
slater@slater-matsil.com
swider@slater-matsil.com

**WILLIAM B. NASH**
STATE BAR. NO. 14812200
**JASON W. WHITNEY**
STATE BAR. NO. 24066288
**HAYNES AND BOONE, LLP**
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: 210-978-7477
Facsimile: 210-554-0484
bill.nash@haynesboone.com
jason.whitney@haynesboone.com

**ATTORNEYS FOR DEFENDANT MOBOTIX CORP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

W. Shawn Staples
Stanley Frank & Rose
7026 Old Katy Rd., Suite 259
Houston, TX 77024
wsstaples@stanleylaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

*/s/ William Nash/*
William B. Nash